UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

D-1 WAHAB ISMAIL,

Defendant.

_____/

Case: 2:25−cr−20880
Assigned To : Hood, Denise Page
Referral Judge: Grand, David R.
Assign. Date : 11/25/2025
Description: INFO USA V. ISMAIL (AB)

Violation/Offense:

Ct. 1: 18 U.S.C. § 1001(a)(2):

False Statement

# I N F O R M A T I O N

The United States Attorney Charges:

## COUNT ONE
### False Statement (18 U.S.C. § 1001(a)(2))

On or about September 7, 2023, Wahab Ismail (Ismail) knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States.

**The Statements**

In September 2023, agents with the Federal Bureau of Investigation (F.B.I.), an agency within the executive branch of the Government of the United States government, were investigating allegations that R.A. and G.S. were engaged in fraud relating to COVID relief programs funded by the United States. This included the submission of numerous Paycheck

Protection Program and Economic Impact Disaster loan applications on behalf of limited liability companies they controlled.

On September 7, 2023, in Detroit, Michigan in the Eastern District of Michigan, F.B.I. agents interviewed Ismail, a certified public account, about his relationship with R.A. and G.S. Ismail told the agents that R.A. and G.S. had been employees of his accounting business, Tax Corp, which provided a full range of tax preparation, accounting and bookkeeping services. Ismail said G.S. performed basic bookkeeping and data entry tasks from her residence.

The statements Ismail made to the F.B.I. about G.S.'s employment, as Ismail then knew and believed, were false. G.S. was never an employee of his business. These false statements were material to the F.B.I. investigation because they were also used in the fraudulent COVID relief program applications submitted by R.A. and G.S. Ismail made these statements willfully, knowing that doing so violated the law.

All in violation of Title 18, United States Code, Section 1001(a)(2).

    Respectfully submitted,

    JEROME F. GORGON, JR.
    United States Attorney

    s/John K. Neal
    Assistant United States Attorney
    Chief, Anti-Corruption Unit

    s/Karen L. Reynolds (P31029)
    Karen L. Reynolds (P31029)
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226-3220
    (313) 226-9672

Dated:  November  25, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20880 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 25-cr-20537 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** McMillion |
| ☒ Yes   ☐ No | **AUSA's Initials:** KLR |

**Case Title:** USA v. Wahab Ismail

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/ ✓ Information ---  no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:               ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 25, 2025
Date

*s/ Karen L. Reynolds*
Karen L. Reynolds
Assistant United States Attorney
211 W. Fort St, Suite 2001
Detroit, MI 48226
E-Mail address: **Karen.Reynolds@usdoj.gov**

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.